UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIBAH T. LEE,<br><br>                              Plaintiff,<br><br>-against-<br><br>ORANGE COUNTY JAIL (ADMINISTRATION);<br>"JOHN DOE" ORANGE COUNTY FACILITY;<br>JOHN "DOE" ORANGE COUNTY SHERIFF<br>OFFICE,<br><br>                              Defendants. | ORDER<br><br>20-CV-5021 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on June 30, 2020 (Doc. 1), and filed an Amended Complaint on November 4, 2020 (Doc. 15). Defendants' request for permission to move to dismiss Plaintiff's Amended Complaint was granted on December 22, 2020 and the Court entered a briefing schedule. (Doc. 31). On January 29, 2021, Defendants filed their motion to dismiss. (Doc. 40). Plaintiff's opposition was due by March 1, 2021. (*See* Doc. 31). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until April 30, 2021. Defendants' reply, if any, is due May 14, 2021.

**If plaintiff fails to file opposition by April 30, 2021, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

SO ORDERED.

Dated: White Plains, New York
       March 31, 2021

_____
Philip M. Halpern
United States District Judge